*Avery S. Chapman*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided April 21, 2005

STATE OF CONNECTICUT *v.* DUANE ALDRIDGE

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 750 (AC 25005), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

Decided April 21, 2005

STATE OF CONNECTICUT *v.* LORENZO MCFARLANE

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 161 (AC 25159), is denied.

*Kirstin B. Coffin*, special public defender, in support of the petition.

*Jessica Probolus*, special deputy assistant state's attorney, in opposition.

Decided April 21, 2005

PETER SINCLAIR *v.* HARTFORD ROMAN CATHOLIC DIOCESAN CORPORATION ET AL.

The petition by the proposed intervenor Roger J. Frechette for certification for appeal from the Appellate Court (AC 25889) is denied.